# United States Bankruptcy Court

Northern District of Illinois

Eastern Division

| | |
|---|---|
| **VOLUNTARY PETITION** | |

| Name of Debtor - (If individual, enter Last, First, Middle):<br><br>**Kline, Louis** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br><br>**None** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br><br>**None** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>3005 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>520 Danny Drive<br>Shorewood, IL  60431 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   Will | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor:<br>(if different from address listed above) | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue (Check any applicable box)**

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor (Check all boxes that apply)** | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)** | |
|---|---|---|---|
| [X] Individual(s)     [ ] Railroad<br>[ ] Corporation     [ ] Stockbroker<br>[ ] Partnership     [ ] Commodity Broker<br>[ ] Other _____     [ ] Clearing Bank | | [X] Chapter 7     [ ] Chapter 11     [ ] Chapter 13<br>[ ] Chapter 9     [ ] Chapter 12<br>[ ] Sec. 304 - Case Ancillary to Foreign Proceeding | |

| **Nature of Debt (Check one box)** | **Filing Fee (Check one box)** |
|---|---|
| [X] Consumer/Non-Business     [ ] Business | [X] Full filing fee attached |
| **Chapter 11 Small Business (Check all boxes that apply)**<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101.<br>[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (Optional) | [ ] Filing fee to be paid in installments. (Applicable to individuals only.)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3 |

**Statistical/Administrative Information  (Estimates only)**

[X] Debtor estimates that funds will be available for distribution to unsecured creditors.

[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

## Voluntary Petition

(This page must be completed and filed in every case).

**Name of Debtor(s):**

Louis Kline

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheets) | | |
|---|---|---|
| **Location Where Filed:** None | **Case Number** | **Date Filed** |

| Pending Bankruptcy Case Filed By Any Spouse, Partner Or Affiliate Of This Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| **Name of Debtor** None | **Case Number** | **Date Filed** |
| **District** | **Relationship** | **Judge** |

## SIGNATURES

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12 and 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/Louis Kline

Signature of Debtor

X

Signature of Joint Debtor

Telephone Number (If not represented by attorney)
October 12, 2005

Date

### Signature of Attorney

X /s/Katherine L. Maloney

Signature of Attorney for Debtor(s)

Katherine L. Maloney          06225531

Printed Name of Attorney for Debtor(s)

Rathbun Cservenyak & Kozol

Firm Name

618 W Main Street
Plainfield, IL  60544

Address

(815) 577-9763          (815) 577-9769

Telephone Number          Fax Number

July 12, 2005

Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐   Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12,  or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X /s/Katherine L. Maloney          July 12, 2005

Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made part of this petition.

☒   No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110)

Address          Telephone Number

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X

Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court

**Northern District of Illinois**

**Eastern Division**

In re:  Louis Kline                                                                      Case No. _____

                                                                                                         (If Known)

Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | $180,000.00 | | |
| B - Personal Property | Yes | 3 | $9,000.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $150,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $8,151.36 | |
| F - Creditors Holding Unsecured Non Priority Claims | Yes | 6 | | $398,735.05 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $2,736.30 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $2,600.00 |
| Total Number of Sheets in All Schedules ⇨ | | 18 | | | |
| Total Assets ⇨ | | | $189,000.00 | | |
| Total Liabilities ⇨ | | | | $556,886.41 | |

**In re:  Louis Kline**

**Case No.**

**Chapter    7**

**Last four digits of Social Security No.:    3005**

Debtor

# SCHEDULE  A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or  "C" in the column labeled "Hus., Wife, Joint, or Comm."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| House<br>520 Danny Drive<br>Shorewood, Illinois 60431 | owner | J | $180,000.00 | $150,000.00<br>Mortgage |
| | | Total: | $180,000.00 | |

<u>0</u>   continuation sheet(s) attached

In re:  **Louis Kline**                                                                                 **Case No.**

                                                                                                        **Chapter**     **7**

**Last four digits of Social Security No.:   3005**

Debtor

# SCHEDULE  B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash<br><br>520 Danny Drive<br>Shorewood, Illinois 60431 | I | $200.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bankone Checking Account | I | $500.00 |
| | | Bankone Savings Account | I | $1,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household good and furnishings<br><br>520 Danny Drive<br>Shorewood, Illinois 60431 | J | $1,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Clothing<br><br>520 Danny Drive<br>Shorewood, Illinois 60431 | I | $150.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Digital Camera<br><br>520 Danny Drive<br>Shorewood, Illinois 60431 | I | $50.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

 2     continuation sheet(s) attached

In re: **Louis Kline**

**Last four digits of Social Security No.:   3005**

Debtor

Case No.

Chapter    **7**

# SCHEDULE  B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11.  **Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize.** | | Pension from Commonwealth Traditional IRA | I | $2,000.00 |
| | | Roth IRA - Edward Jones | I | $1,700.00 |
| 12.  **Stock and interests in incorporated and unincorporated businesses. Itemize.** | X | | | |
| 13.  **Interests in partnerships or joint ventures. Itemize.** | X | | | |
| 14.  **Government and corporate bonds and other negotiable and non-negotiable instruments.** | X | | | |
| 15.  **Accounts receivable.** | X | | | |
| 16.  **Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars.** | X | | | |
| 17.  **Other liquidated debts owing debtor including tax refunds. Give particulars.** | X | | | |
| 18.  **Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property.** | X | | | |
| 19.  **Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust.** | X | | | |
| 20.  **Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each.** | X | | | |
| 21.  **Patents, copyrights, and other intellectual property. Give particulars.** | X | | | |

_1_    continuation sheet(s) attached

In re:  **Louis Kline**

**Case No.**

**Chapter    7**

**Last four digits of Social Security No.:    3005**

Debtor

# SCHEDULE  B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23.  Automobiles, trucks, trailers, and other vehicles. | | 1980 Chevy Caprice<br><br>520 Danny Drive<br>Shorewood, Illinois 60431 | J | $900.00 |
| 24.  Boats, motors, and accessories. | X | | | |
| 25.  Aircraft and accessories. | X | | | |
| 26.  Office equipment, furnishings, and supplies. | X | | | |
| 27.  Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28.  Inventory. | | Oil and Filters | I | $1,500.00 |
| 29.  Animals. | X | | | |
| 30.  Crops - growing or harvested. Give particulars. | X | | | |
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals, and feed. | X | | | |
| 33.  Other personal property of any kind not already listed. Itemize. | X | | | |

0    continuation sheet(s) attached                                    Total    ⇨              $9,000.00

In re:  **Louis Kline**

**Case No.**

**Chapter      7**

**Last four digits of Social Security No.:   3005**

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor elects the exemption to which debtor is entitled under**

☐ **11 U.S.C. 522(b)(1)**    Exemptions provided in 11 U.S.C. 522(d).  Note: These exemptions are available only in certain states.

☒ **11 U.S.C. 522(b)(2)**    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| House | 735 ILCS 5/12-901 | $7,500.00 | $180,000.00 |
|  |  | Claimed By:      Debtor |  |
| Cash | 735 ILCS 5/12-1001(b) | $200.00 | $200.00 |
|  |  | Claimed By:      Debtor |  |
| Bankone Checking Account | 735 ILCS 5/12-1001(b) | $500.00 | $500.00 |
|  |  | Claimed By:      Debtor |  |
| Bankone Savings Account | 735 ILCS 5/12-1001(b) | $1,000.00 | $1,000.00 |
|  |  | Claimed By:      Debtor |  |
| Household good and furnishings | 735 ILCS 5/12-1001(b) | $300.00 | $1,000.00 |
|  |  | Claimed By:      Debtor |  |
| Clothing | 735 ILCS 5/12-1001(a) | $150.00 | $150.00 |
|  |  | Claimed By:      Debtor |  |
| Pension from Commonwealth Traditional IRA | 735 ILCS 5/12-1006 | $2,000.00 | $2,000.00 |
|  |  | Claimed By:      Debtor |  |
| Roth IRA - Edward Jones | 735 ILCS 5/12-1006 | $1,700.00 | $1,700.00 |
|  |  | Claimed By:      Debtor |  |
| 1980 Chevy Caprice | 735 ILCS 5/12-1001(c) | $900.00 | $900.00 |
|  |  | Claimed By:      Debtor |  |
| Oil and Filters | 735 ILCS 5/12-1001(d) | $750.00 | $1,500.00 |
|  |  | Claimed By:      Debtor |  |

0    continuation sheet(s) attached

In re:  **Louis Kline**

**Last four digits of Social Security No.:**    **3005**

Debtor

Case No.

Chapter    **7**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐  **Check this box if debtor has no creditors holding secured claims to report on this Schedule D.**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | HUS., WIFE, JOINT, OR COMM | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No: *2823  Banco Popular National America  9600 Bryn Mawr Avenue  Rosemont, IL  60018 | | J | Date Incurred:  3/18/2005  Nature of Lien:  Mortgage  Property:  House    **VALUE:  $180,000.00** | | | | $150,000.00    Estimated | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

|  | (Total of this page) Subtotal ⇒ | **$150,000.00** |
|---|---|---|
|  | Total ⇒ | **$150,000.00** |

_0_   continuation sheet(s) attached

In re:  **Louis Kline**  **Case No.**

**Chapter   7**

**Last four digits of Social Security No.:   3005**

Debtor

# SCHEDULE  E -  CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled " Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Repeat this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITIES (Check the appropiate box(s) below if claims in that category are listed on the attached sheets)**

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to a maximum of $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**
Claims of individuals up to a maximum of $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐  **Alimony, maintenance or support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒  **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1  continuation sheet(s) attached

In re:  **Louis Kline**                                                    **Case No.**

                                                                          **Chapter    7**

**Last four digits of Social Security No.:    3005**

Debtor

# SCHEDULE  E -  CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes, debts owed to government

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No: *6079  Illinois Department of Revenue  Springfield, IL  62776-0001 | | I | Date Incurred:  Consideration for Claim:  Sales Tax | | | | $8,151.36 | $8,151.36 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

|  |  |
|---|---|
| (Total of this page)   Subtotal  ⇨ | $8,151.36 |
| Total  ⇨ | $8,151.36 |

_0_    continuation sheet(s) attached

In re:  **Louis Kline**

Last four digits of Social Security No.:   3005

Debtor

Case No.

Chapter     **7**

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No: *6086<br>Bank One<br>Post Office Box 15298<br>Wilmington, DE  19850-5298 | | I | Date Incurred:   Various<br>Consideration for Claim:<br>Credit Card | | | | $18,440.00<br><br>Estimated |
| Account No:<br>Bulk Master, Inc.<br>Post Office Box 365<br>Chebanse, IL  60922 | | I | Date Incurred:   Various<br>Consideration for Claim:<br>Products - Antifreeze, Window Washer Fluid | | | | $1,500.00<br><br>Estimated |
| Account No: *1022<br>C & W Consultants<br>Post Office Box 8338<br>Rolling Meadows, IL  60008 | | I | Date Incurred:   Various<br>Consideration for Claim:<br> Advertising | | | | $2,032.31<br><br>Estimated |
| Account No: *0027<br>CarQuest Auto Parts Stores<br>Post Office Box 503628<br>St. Louis, MO  63150-3628 | | I | Date Incurred:   Various<br>Consideration for Claim:<br>Various Products for Business | | | | $693.95<br><br>Estimated |
| Account No:<br>Central Parts Warehouse<br>7601 W 191st Street<br>Tinley Park, IL  60477 | | I | Date Incurred:   April 23, 2005<br>Consideration for Claim:<br>Misc. Debt | | | | $505.15<br><br>Estimated |
| Account No: *4302<br>Chicago Sun-Times, Inc.<br>Post Office Box 1003<br>Tinley Park, IL  60477 | | I | Date Incurred:   10/1/04-10/31/04<br>Consideration for Claim:<br>Adversiting | | | | $1,325.00<br><br>Estimated |
| Account No: *6062<br>Commonwealth Edison<br>2100 Swift Drive<br>Oak Brook, IL  60523-9644 | | I | Date Incurred:   Various<br>Consideration for Claim:<br>utilities | | | | $1,784.68<br><br>Estimated |

|  |  |  |
|---|---|---|
| (Total of this page)  Subtotal  ⇒ | | $26,281.09 |
| Total  ⇒ | | N/A |

5   continuation sheet(s) attached

**In re:  Louis Kline**

Case No.

Chapter    7

Last four digits of Social Security No.:    3005

Debtor

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No: *0027**<br>Cooperative Computing, Inc.<br><br>Orland Park, IL | | I | **Date Incurred:**   Various<br>**Consideration for Claim:**<br>Misc. Debt | | | | $693.95<br><br>Estimated |
| **Account No: LOU**<br>Dominion Solutions, Inc.<br>4721 Starkey Road<br>Roanoke, VA  24014 | | I | **Date Incurred:**   10/11/2004<br>**Consideration for Claim:**<br>Misc. Debt | | | | $89.70<br><br>Estimated |
| **Account No: *EIM1**<br>Forest Alarm Service, Inc.<br>9 Old Tamerack Lane<br>Orland Park, IL  60462-1977 | | I | **Date Incurred:**   Various<br>**Consideration for Claim:**<br>Alarm System Monitoring | | | | $72.00<br><br>Estimated |
| **Account No:**<br>Gierczyk Investment and Realty, Inc.<br>17475 Jovonna Drive<br>Suite 2A<br>Homewood, IL  60430 | X | C | **Date Incurred:**   2/9/2004<br>**Consideration for Claim:**<br>Lease Agreement - Personal Guaranty | | | | $55,500.00<br><br>Estimated |
| **Account No:**<br>House of Doors, Inc.<br>Post Office Box 147<br>Brookfield, IL  60513-0147 | | I | **Date Incurred:**   Various<br>**Consideration for Claim:**<br>Service Calls | | | | $565.25<br><br>Estimated |
| **Account No: 1092**<br>Interstate Battery Systems<br>8500 W. 191st Street<br>Suite 9<br>Mokena, IL  60448 | | I | **Date Incurred:**   Various<br>**Consideration for Claim:**<br>Misc. Debt | | | | $878.60<br><br>Estimated |
| **Account No: *0611**<br>J. Robert Morgan<br>Johnson, Morgan & White<br>Post Office Box 5000<br>Boca Raton, FL  33431 | | I | **Date Incurred:**   Various<br>**Consideration for Claim:**<br>Misc. Debt | | | | $2,274.65<br><br>Estimated |
| **Account No:**<br>John A. Weimar<br>8130 Bayhill Court<br>Orland Park, IL  60462 | | I | **Date Incurred:**   Various<br>**Consideration for Claim:**<br>Legal Represenation for Lease Arrangement | | | | $6,000.00<br><br>Estimated |

(Total of this page)   Subtotal ⇒   **$66,074.15**

Total ⇒   **N/A**

4    continuation sheet(s) attached

In re: **Louis Kline**                                                    Case No.

                                                                         Chapter    7

**Last four digits of Social Security No.:    3005**

Debtor

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No: *1807<br>Maremont Corporation<br>Post Office Box 70321<br>Chicago, IL  60673-0321 | | I | Date Incurred:   10/11/2004<br>Consideration for Claim:<br>Misc. Debt | | | | $301.00<br><br>Estimated |
| Account No: *1807<br>Meineke Car Care Centers, Inc.<br>128 S. Tryon Street, Suite 900<br>Charlotte, NC  28202 | | I | Date Incurred:<br>Consideration for Claim:<br>Franchise | | | | $220,238.61<br><br>Estimated |
| Account No: *1807<br>Meineke Dealers Association<br>315 New Salem<br>Park Forest, IL  60466 | | I | Date Incurred:   2005<br>Consideration for Claim:<br>Membership Dues | | | | $25.00<br><br>Estimated |
| Account No: *1910<br>Mercedes-Benz Credit<br>Post Office Box 685<br>Roanoke, TX  76262-0685 | | I | Date Incurred:   January 13, 2005<br>Consideration for Claim:<br>Automobile Lease | | | | Amount Unknown |
| Account No: 3516<br>Midwest Mailing & Printing, Inc.<br>Post Office Box 473<br>Mokena, IL  60448 | | I | Date Incurred:   November/December 2004<br>Consideration for Claim:<br>Adverstising | | | | $2,025.00<br><br>Estimated |
| Account No: 2280<br>Mokena BTB<br>9624 Willow Lane<br>Mokena, IL  60448 | | I | Date Incurred:   Various<br>Consideration for Claim:<br>Misc. Debt | | | | $9,805.67<br><br>Estimated |
| Account No: *8247<br>NCO Financial Systems, Inc.<br>3850 N Causeway Boulevard<br>Suite 200<br>Metairie, LA  70002 | | I | Date Incurred:   Various<br>Consideration for Claim:<br>Misc. Debt | | | | $2,086.27<br><br>Estimated |
| Account No: *7278<br>NCO Financial Systems, Inc.<br>1804 Washington Boulevard<br>Department 750<br>Baltimore, MD  21230 | | I | Date Incurred:   Various<br>Consideration for Claim:<br>utilities | | | | $2,279.54<br><br>Estimated |

|  | (Total of this page) | Subtotal  ⇒ | $236,761.09 |
|---|---|---|---|
|  | | Total  ⇒ | N/A |

3    continuation sheet(s) attached

In re:  **Louis Kline**

**Case No.**

**Chapter    7**

Last four digits of Social Security No.:    **3005**

Debtor

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No: *24 6**<br>NuWay Disposal Service, Inc.<br>19012 S. Wolf Road<br>Post Office Box 9<br>Mokena, IL  60448 | | I | **Date Incurred:**    Various<br>**Consideration for Claim:**<br>Disposal | | | | $124.77<br><br>Estimated |
| **Account No: *7777**<br>Orland Park Nissan, Inc.<br>8550 W. 159th Street<br>Orland Park, IL  60462 | | I | **Date Incurred:**    Various<br>**Consideration for Claim:**<br>Misc. Debt | | | | $187.35<br><br>Estimated |
| **Account No: LOU**<br>P.R. Streich & Sons, Inc.<br>2333 N. 17th Avenue<br>Franklin Park, IL  60131-3474 | | I | **Date Incurred:**    September 3, 2004<br>**Consideration for Claim:**<br>Misc. Debt | | | | $568.81<br><br>Estimated |
| **Account No: *1807**<br>Paulson Oil Company<br>Post Office Box 903<br>Chesterton, IN  46304 | X | I | **Date Incurred:**    Various<br>**Consideration for Claim:**<br>Oil Products | | | | $3,600.00<br><br>Estimated |
| **Account No: *3261**<br>Pep Express Parts<br>Post Office Box 8500-50445<br>Philadelphia, PA  19178-0445 | | I | **Date Incurred:**    Various<br>**Consideration for Claim:**<br>Various Parts Merchandise | | | | $9,871.23<br><br>Estimated |
| **Account No: *7777**<br>Quality Oil, Inc<br>55 North, 400 East<br>Valparaiso, IN  46383 | X | I | **Date Incurred:**    various<br>**Consideration for Claim:**<br>Inventory and Cash Loan for Business Start | | | | $40,000.00<br><br>Estimated |
| **Account No:**<br>R & L Brake & Clutch, Inc.<br>8442 S. Beloit Avenue<br>Bridgeview, IL  60455 | | I | **Date Incurred:**    Various<br>**Consideration for Claim:**<br>Misc. Debt | | | | $240.00<br><br>Estimated |
| **Account No: *8109**<br>Relizon Company<br>Post Office Box 1397<br>Dayton, OH  45401 | | I | **Date Incurred:**    Various<br>**Consideration for Claim:**<br>Misc. Debt | | | | ($17.46)<br><br>Estimated |
| | | | | (Total of this page)    Subtotal  ⇒ | | | $54,574.70 |
| 2    continuation sheet(s) attached | | | | Total  ⇒ | | | N/A |

In re: **Louis Kline**                                                   Case No.

Chapter    7

Last four digits of Social Security No.:    3005

Debtor

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No:** <br> Rizza <br> 8425 W. 159th Street <br> Peotone, IL  60477 | | I | **Date Incurred:**   September 28, 2004 <br> **Consideration for Claim:** <br> Misc. Debt | | | | $7.35 <br><br> Estimated |
| **Account No: *4267** <br> Safety-Kleen <br> Post Office Box 382066 <br> Pittsbrugh, PA  15250-8066 | | I | **Date Incurred:**   Various <br> **Consideration for Claim:** <br> Misc. Debt | | | | $381.05 <br><br> Estimated |
| **Account No:** <br> Sam's Tech Supply, Inc. <br> 435 Shelby Street <br> Post Office Box 426 <br> Hobart, IN  46342-0426 | | I | **Date Incurred:**   Various <br> **Consideration for Claim:** <br> Misc. Debt | | | | $120.32 <br><br> Estimated |
| **Account No: *-090** <br> SBC <br> Post Office Box 5072 <br> Saginaw, MI  48605-5072 | | I | **Date Incurred:**   Various <br> **Consideration for Claim:** <br> utilities | | | | $847.68 <br><br> Estimated |
| **Account No:** <br> Sluiter Auto Electric, Inc. <br> 15 West 168th Street <br> Post Office Box 312 <br> South Holland, IL  60473 | | I | **Date Incurred:**   September 7, 2004 <br> **Consideration for Claim:** <br> Misc. Debt | | | | $145.00 <br><br> Estimated |
| **Account No: *5798** <br> Stone Wheel, Inc. <br> 7675 Quincy Street <br> Willowbrook, IL  60527-5598 | | I | **Date Incurred:**   Various <br> **Consideration for Claim:** <br> Misc. Debt | | | | $4,973.59 <br><br> Estimated |
| **Account No: 7841** <br> Target Auto Parts <br> 6239 W. Ogden Avenue <br> Berwyn, IL  60402 | | I | **Date Incurred:**   Various <br> **Consideration for Claim:** <br> Misc. Debt | | | | $1,091.03 <br><br> Estimated |
| **Account No: *9345** <br> Thomas Dodge <br> 15941 S. 94th Avenue <br> Orland Park, IL  60462 | | I | **Date Incurred:**   Various <br> **Consideration for Claim:** <br> Misc. Debt | | | | $204.90 <br><br> Estimated |

(Total of this page)   Subtotal  ⇒      $7,770.92

Total  ⇒      N/A

1    continuation sheet(s) attached

In re: **Louis Kline**

Last four digits of Social Security No.:   **3005**

Debtor

**Case No.**

**Chapter   7**

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No: *2048**<br>Transwheel Corporation<br>3000 Yeoman Way<br>Huntington, IN  46750 | | I | **Date Incurred:**   Various<br>**Consideration for Claim:**<br>Misc. Debt | | | | $175.00<br><br>Estimated |
| **Account No: *1024**<br>United Fire & Casualty Company<br>118 2nd Avenue SE<br>Cedar Rapids, IA  52407 | | I | **Date Incurred:**   Various<br>**Consideration for Claim:**<br>Insurance | | | | $3,307.38<br><br>Estimated |
| **Account No: *3-00**<br>US Gas<br>11618 S. Mayfield<br>Alsip, IL  60803 | | I | **Date Incurred:**   Various<br>**Consideration for Claim:**<br>Cylinder Rent | | | | $30.00<br><br>Estimated |
| **Account No: *7067**<br>William G. Schur<br>111 West Washington Street, Suite 737<br>Chicago, IL  60602 | | I | **Date Incurred:**   Various<br>**Consideration for Claim:**<br>Misc. Debt | | | | $1,941.16<br><br>Estimated |
| **Account No: *5849**<br>Wurth USA, Inc.<br>Post Office Box 1756<br>Newark, NJ  07101-9902 | | I | **Date Incurred:**   Various<br>**Consideration for Claim:**<br>Misc. Debt | | | | $1,288.06<br><br>Estimated |
| **Account No: *0881**<br>Zep Manufacturing Company<br>139 Exchange Boulevard<br>Glendale Heights, IL  60139 | | I | **Date Incurred:**   Various<br>**Consideration for Claim:**<br>Various Products | | | | $159.32<br><br>Estimated |
| **Account No:**<br>Zeus Auto Supply<br>637 Forestwood Drive<br>Romeoville, IL  60446 | | I | **Date Incurred:**   Various<br>**Consideration for Claim:**<br>Parts for Business | | | | $372.18<br><br>Estimated |
| | | | | | | (Total of this page)  Subtotal  ⇒ | $7,273.10 |
| | | | | | | Total  ⇒ | $398,735.05 |

0   continuation sheet(s) attached

In re:  **Louis Kline**                                             **Case No.**

**Chapter      7**

**Last four digits of Social Security No.:   3005**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e. "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐  **Check this box if debtor has no executory contracts or unexpired leases.**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| CitiCapital<br>Post Office Box 8500-9805<br>Philadelphia, PA  19178-9805 | CitiCapital - $14,689.00 - Telephone System and Sound System |
| Liberty Bank Leasing<br>13523 University Avenue<br>Des Moines, IA  50325 | Liberty Bank Lease No. 03168-1 - $29,851.00 - Shop Equipment |
| Liberty Bank Leasing<br>13523 University Avenue<br>Des Moines, IA  50325 | Liberty Bank Lease No. 03168-2 - $23,504.00 - Shop Equipment |
| Pawnee Leasing Corporation<br>700 Centre Avenue<br>Fort Collins, CO  80526 | Pawnee Leasing Corporation Lease No. 162047 - $32,686.85 - Pipe Bender |
| Pawnee Leasing Corporation<br>700 Centre Avenue<br>Fort Collins, CO  80526 | Pawnee Leasing Corporation Lease No. 164801 - $16, 717.51 - Mieneke Shop System |
| Puget Sound Leasing Co., Inc.<br>Post Office Box 1295<br>Issaquah, WA  98027<br><br>**Attention:**  Steve Twidwell | Puget Sound Leasing Lease No. 4145D-21567 - $14,688.00 - Shop computer and invoicing system |

**In re:  Louis Kline**                                                  Case No.

                                                                          **Chapter      7**

**Last four digits of Social Security No.:   3005**

Debtor

# SCHEDULE  H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  **Check this box if debtor has no codebtors.**

| NAME AND ADDRESS OF CODEBTOR. | NAME AND ADDRESS OF CREDITOR |
|---|---|
| James V. Roti, III<br>174 Santa Fe Lane<br>Willow Springs, IL  60481 | Gierczyk Investment and Realty, Inc.<br>17475 Jovonna Drive<br>Suite 2A<br>Homewood, IL  60430 |
| above item continued | Paulson Oil Company<br>Post Office Box 903<br>Chesterton, IN  46304 |
| above item continued | Quality Oil, Inc<br>55 North, 400 East<br>Valparaiso, IN  46383 |

<u>0</u>    continuation sheet(s) attached

In re: **Louis Kline**                                              **Case No.**

                                                                   **Chapter    7**

**Last four digits of Social Security No.:    3005**

Debtor

# SCHEDULE  I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | Age |
| Married | **None** | |

**EMPLOYMENT**

| | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Owner | **None** |
| Name of Employer | All Night Lube, Inc. | |
| How long employed | 6 months | |
| Address of Employer | | |

| Income:      (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly.) | $2,166.66 | |
| Estimated monthly overtime | $0.00 | |
| **SUBTOTAL** | $2,166.66 | |
| **LESS PAYROLL DEDUCTIONS** | | |
| a. Payroll taxes and social security | $345.36 | |
| b. Insurance | $0.00 | |
| c. Union dues | $0.00 | |
| d. Other (Specify) : | $0.00 | |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $345.36 | |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $1,821.30 | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $0.00 | |
| Income from real property | $0.00 | |
| Interest and dividends | $25.00 | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| Social security or other government assistance (Specify) | $0.00 | |
| Pension or retirement income | $890.00 | |
| Other monthly income (Specify) | $0.00 | |
| **TOTAL MONTHLY INCOME** | $2,736.30 | |

**TOTAL COMBINED MONTHLY INCOME**      $2,736.30        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document
None

_0_    continuation sheet(s) attached

In re:  **Louis Kline**

**Case No.**

**Chapter   7**

**Last four digits of Social Security No.:  3005**

Debtor

# SCHEDULE  J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | $500.00 |
| Are real estate taxes included? | Yes _____   No __X__ | |
| Is property insurance included? | Yes _____   No __X__ | |
| Utilities    Electricity and heating fuel | | $150.00 |
| Water and sewer | | $50.00 |
| Telephone | | $100.00 |
| Other : | | $0.00 |
| Home maintenance (repairs and upkeep) | | $100.00 |
| Food | | $200.00 |
| Clothing | | $0.00 |
| Laundry and dry cleaning | | $100.00 |
| Medical and dental expenses | | $300.00 |
| Transportation (not including car payments) | | $150.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $25.00 |
| Charitable contributions | | $150.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | | $50.00 |
| Life | | $0.00 |
| Health | | $0.00 |
| Auto | | $200.00 |
| Other : | | $0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| Specify :      Taxes | | $375.00 |
| Installment payments: (In Chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | | $0.00 |
| Other :      Credit Card | | $150.00 |
| Alimony, maintenance, and support paid to others | | $0.00 |
| Payments for support of additional dependents not living at your home | | $0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $0.00 |
| Other : | | $0.00 |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | | $2,600.00 |

**[FOR CHAPTER 12 AND 13 DEBTORS ONLY]**
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income          _____

B. Total projected monthly expenses        _____

C. Excess income (A minus B)               _____

D. Total amount to be paid into plan each  _____

_____
(Interval)

0 continuation sheet(s) attached

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois
### Eastern Division

In re:                                                                    Chapter 7
Louis Kline                                          Case Number: _____
Debtor

## Declaration Under Penalty of Perjury by Individual / Joint Debtor

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 19 sheets, and they are true and correct to the best of my knowledge, information and belief.

Date:   12-Oct-2005_____        Signature:      /s/Louis Kline_____
                                                    Louis Kline

---

### Certification and Signature of Non-Attorney Bankruptcy Petition Preparer (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Print or Typed Name of Bankruptcy Petition Preparer        Social Security Number
                                                           (Required by 11 USC § 110(c).)

_____
_____
Address                        Tel . No.

Name and Social Security Number of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____        _____
Signature of Bankruptcy Petition Preparer        Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment ot both.  11 U.S.C. § 110, 18 U.S.C. § 156.

---

## Declaration Under Penalty of Perjury on Behalf of Corporation or Partnership

I, _____, _____ of the _____, named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 19 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____
                                       Name: _____
                                       Title: _____

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re: **Louis Kline**                                         **Case No. _____**

## Statement Of Financial Affairs

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

"IN BUSINESS." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"INSIDER." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

| None | 1. Income from employment or operation of business |
|------|-----|
| [ ]  | State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

|   | Amount | Source (if more than one) | Year | Fiscal Year |
|---|--------|---------------------------|------|-------------|
| H | $26,000.00 | All Night Lube, Inc. | 2005 | |
| H | $40,000.00 | Expert Automotive Group, LLC | 2004 | 2004 |

**None**
**[X]**

**2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source (if more than one) | Year |
|---|---|---|

---

**None**
**[ ]**

**3. Payments to creditors**

A. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|
| Illinois Department of Revenue Springfield, IL | July 1, 2005 | $1,000.00 | $8,500.00 |

---

**None**
**[X]**

B. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor and Relationship to Debtor | Date of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|

---

**None**
**[ ]**

**4. Suits and administrative proceedings, executions, garnishments and attachments**

A. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Meineke Car Care Centers, Inc., vs. Louis M. Kline 05-CVS-11475 | Civil seeking $220,000.00 | Superior Court Mecklenburg County North Carolina | Pending |

---

Form7. Statement of Financial Affairs

**None**
**[X]**

B. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| **Name and Address of Person for Whose Benefit Property was Seized** | **Date of Seizure** | **Description and Value of Property** |
|---|---|---|

**None**
**[X]**

**5. Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| **Name and Address of Creditor or Seller** | **Date of Repossession, Foreclosure Sale, Transfer or Return** | **Description and Value of Property** |
|---|---|---|

**None**
**[X]**

**6. Assignments and receiverships**

A. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| **Name and Address of Assignee** | **Date of Assignment** | **Terms of Assignment or Settlement** |
|---|---|---|

**None**
**[X]**

B. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| **Name and Address of Custodian** | **Name and Location of Court, Case Title & Number** | **Date of Order** | **Description and Value of Property** |
|---|---|---|---|

Form7. Statement of Financial Affairs

**None**
**[X]**

**7. Gifts**

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person or Organization | Relationship to Debtor, if any | Date of Gift | Description and Value of Gift |
|---|---|---|---|

---

**None**
**[X]**

**8. Losses**

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Description and Value of Property | Description of Circumstances and, If Loss was Covered in Whole or in Part By Insurance, Give Particulars | Date Of Loss |
|---|---|---|

---

**None**
**[ ]**

**9. Payments related to debt counseling or bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| Name and Address of Payee | Date of Payment, Name of Payor if Other Than Debtor | Amount of Money or Description and Value of Property |
|---|---|---|
| Rathbun, Cservenyak & Kozol, LLC<br>618 W. Main Street<br>Plainfield, IL 60544 | June 28, 2005<br>Louis M. Kline | $2,200.00 |

---

**None**
**[X]**

**10. Other transfers**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferee, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
|---|---|---|

---

**None**
**[X]**

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Institution | Type and Number of Account and Amount of Final Balance | Amount and Date of Sale or Closing |
|---|---|---|

**None**
**[ ]**

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Bank or Other Depository | Name and Addresses of Those With Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
|---|---|---|---|
| Bank One Jefferson Street Shorewood, IL 60431 | Cheryl Kline 520 Danny Drive Shorewood, IL 60431 | passports, Wheatbook pennies and Wills | |

**None**
**[X]**

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
|---|---|---|

**None**
**[X]**

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description and Value of Property | Location of Property |
|---|---|---|

Form7. Statement of Financial Affairs

**None**
**[X]**

**15. Prior address of debtor**

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| Address | Name Used | Dates of Occupancy |
|---------|-----------|--------------------|

**None**
**[ ]**

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**Name**
Cheryl Kline

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

**None**
**[X]**

A. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|-----------------------|---------------------------------------|----------------|-------------------|

**None**
**[X]**

B. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|-----------------------|---------------------------------------|----------------|-------------------|

**None
[X]**

C. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|

**None
[ ]**

**18. Nature, location and name of business**

A. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| Name | Taxpayer I.D. Number | Address | Nature of Business | Beginning and Ending Dates |
|---|---|---|---|---|
| All Night Lube of Tinley Park, Inc. | | 9502 W. 179th Street Tinley Park, IL 60477-9602 | Oil | June 10, 2005 to present date |
| Expert Automotive Goup, LLC | 20-0656079 | 9502 W. 179th Street Tinley Park, IL 60477 | Automotive Repair | April 15, 2004- July 2005 |

**None
[X]**

B. Identify any business listed in response to subdivision A., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| Name | Address |
|---|---|

\* \* \* \* \* \*

*[If completed by an individual or individual and spouse]*

      I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct.

Date     <u>12-Oct-2005</u>                                   /s/Louis Kline
                                                                    Signature of Debtor
                                                                     Louis Kline

Date                                                                          Signature of Joint Debtor, (if any)

---

*[If completed on behalf of a partnership or corporation]*

      I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date                                          Signature

                                                Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

---

#### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
(See 11 U.S.C. § 110)

      I certify that I am a bankruptcy petition preparer as defined in U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer                    Social Security Number

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

Signature of Bankruptcy Petition Preparer                    Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.

Form7. Statement of Financial Affairs

## United States Bankruptcy Court
### Northern District of Illinois
### Eastern Division

In re:  **Louis Kline**

**Case No.**

**Chapter    7**

**Last four digits of Social Security No.: 3005**
Debtor

# INDIVIDUAL DEBTOR'S STATEMENT OF INTENTIONS

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

| Property to be Surrendered | |
| --- | --- |
| Description of Property | Creditor's Name |
| **None** | |

| Property to be Retained | | | | |
| --- | --- | --- | --- | --- |
| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. §722 | Debt will be reaffirmed pursuant to 11 U.S.C. §524(c) |
| **None** | | | | |

| Liability Intentions | |
| --- | --- |
| Creditor's Name | Intention |
| Bulk Master, Inc. | Reaffirm debt pursuant to § 524(c) |
| Relizon Company | Reaffirm debt pursuant to § 524(c) |

Date:  October 12, 2005

Signed:  /s/Louis Kline

Louis Kline

Banco Popular National America
9600 Bryn Mawr Avenue
Rosemont, IL 60018

Bank One
Post Office Box 15298
Wilmington, DE 19850-5298

Bulk Master, Inc.
Post Office Box 365
Chebanse, IL 60922

C & W Consultants
Post Office Box 8338
Rolling Meadows, IL 60008

CarQuest Auto Parts Stores
Post Office Box 503628
St. Louis, MO 63150-3628

Central Parts Warehouse
7601 W 191st Street
Tinley Park, IL 60477

Chicago Sun-Times, Inc.
Post Office Box 1003
Tinley Park, IL 60477

Commonwealth Edison
2100 Swift Drive
Oak Brook, IL 60523-9644

Cooperative Computing, Inc.
Orland Park, IL

Dominion Solutions, Inc.
4721 Starkey Road
Roanoke, VA 24014

Forest Alarm Service, Inc.
9 Old Tamerack Lane
Orland Park, IL 60462-1977

Gierczyk Investment and Realty, Inc.
17475 Jovonna Drive
Suite 2A
Homewood, IL 60430

House of Doors, Inc.
Post Office Box 147
Brookfield, IL 60513-0147

Illinois Department of Revenue
Springfield, IL 62776-0001

Interstate Battery Systems
8500 W. 191st Street
Suite 9
Mokena, IL 60448

J. Robert Morgan
Johnson, Morgan & White
Post Office Box 5000
Boca Raton, FL 33431

John A. Weimar
8130 Bayhill Court
Orland Park, IL 60462

Maremont Corporation
Post Office Box 70321
Chicago, IL 60673-0321

Meineke Car Care Centers, Inc.
128 S. Tryon Street, Suite 900
Charlotte, NC 28202

Meineke Dealers Association
315 New Salem
Park Forest, IL 60466

Mercedes-Benz Credit
Post Office Box 685
Roanoke, TX 76262-0685

Midwest Mailing & Printing, Inc.
Post Office Box 473
Mokena, IL 60448

Mokena BTB
9624 Willow Lane
Mokena, IL 60448

NCO Financial Systems, Inc.
3850 N Causeway Boulevard
Suite 200
Metairie, LA 70002

NCO Financial Systems, Inc.
1804 Washington Boulevard
Department 750
Baltimore, MD 21230

NuWay Disposal Service, Inc.
19012 S. Wolf Road
Post Office Box 9
Mokena, IL 60448

Orland Park Nissan, Inc.
8550 W. 159th Street
Orland Park, IL 60462

P.R. Streich & Sons, Inc.
2333 N. 17th Avenue
Franklin Park, IL 60131-3474

Paulson Oil Company
Post Office Box 903
Chesterton, IN 46304

Pep Express Parts
Post Office Box 8500-50445
Philadelphia, PA 19178-0445

Quality Oil, Inc
55 North, 400 East
Valparaiso, IN 46383

R & L Brake & Clutch, Inc.
8442 S. Beloit Avenue
Bridgeview, IL 60455

Relizon Company
Post Office Box 1397
Dayton, OH 45401

Rizza
8425 W. 159th Street
Peotone, IL 60477

Safety-Kleen
Post Office Box 382066
Pittsbrugh, PA 15250-8066

Sam's Tech Supply, Inc.
435 Shelby Street
Post Office Box 426
Hobart, IN 46342-0426

SBC
Post Office Box 5072
Saginaw, MI 48605-5072

Sluiter Auto Electric, Inc.
15 West 168th Street
Post Office Box 312
South Holland, IL 60473

Stone Wheel, Inc.
7675 Quincy Street
Willowbrook, IL 60527-5598

Target Auto Parts
6239 W. Ogden Avenue
Berwyn, IL 60402

Thomas Dodge
15941 S. 94th Avenue
Orland Park, IL 60462

Transwheel Corporation
3000 Yeoman Way
Huntington, IN 46750

United Fire & Casualty Company
118 2nd Avenue SE
Cedar Rapids, IA 52407

US Gas
11618 S. Mayfield
Alsip, IL 60803

William G. Schur
111 West Washington Street, Suite 731
Chicago, IL 60602

Wurth USA, Inc.
Post Office Box 1756
Newark, NJ 07101-9902

Zep Manufacturing Company
139 Exchange Boulevard
Glendale Heights, IL 60139

Zeus Auto Supply
637 Forestwood Drive
Romeoville, IL 60446

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re:                                                                                          Chapter 7

Louis Kline                                                                    Case Number: _____

Debtor

## Disclosure of Compensation of Attorney for Debtor

1.     Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept............................................................ $2,200.00

Prior to the filing of this statement I have received.................................................. $2,200.00

Balance Due........................................................................................................ $0.00

2.     The source of the compensation paid to me was:
    [**X**] Debtor [  ] Other (specify)

3.     The source of compensation to be paid to me is:
    [**X**] Debtor [  ] Other (specify)

4.     [**X**] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5.     In return for the above fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters.

    e.    Other:

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date:   12-Oct-2005                /s/Katherine L. Maloney

                                        Signature of Attorney

                                        Katherine L. Maloney

                                        Rathbun Cservenyak & Kozol