# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 05-51883 BL | Trustee: | (520196) MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | KLINE, LOUIS | Filed (f) or Converted (c): | 10/13/05 (f) |
| | | §341(a) Meeting Date: | 02/02/06 |
| Period Ending: | 08/09/07 | Claims Bar Date: | 06/21/06 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 520 Danny Road,Shorewood-scheduled | 180,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Bank One checking-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 4 | BankOne Savings-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods and furnishings-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing-scheduled | 150.00 | 0.00 | | 0.00 | FA |
| 7 | Digitial camera-scheduled | 50.00 | 0.00 | | 0.00 | FA |
| 8 | IRA-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | Roth IRA-scheduled | 1,700.00 | 0.00 | | 0.00 | FA |
| 10 | 1980 Chevy Caprice-scheduled | 900.00 | 0.00 | | 0.00 | FA |
| 11 | Oil & filters-scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| 12 | Prererential payment to brother-unscheduled (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 13 | Assets | Unknown | N/A | | 151.25 | Unknown |
| Int | INTEREST (u) | | | | | |
| | Totals (Excluding unknown values) | $189,000.00 | $15,000.00 | | $15,151.25 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee collected monies for an unscheduled preference.


Exh. B

Page: 2

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 05-51883 BL  
**Case Name:** KLINE, LOUIS  
**Period Ending:** 08/09/07

**Trustee:** (520196)   MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 10/13/05 (f)  
**§341(a) Meeting Date:** 02/02/06  
**Claims Bar Date:** 06/21/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** May 30, 2010     **Current Projected Date Of Final Report (TFR):** May 30, 2010