UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 Case |
| | ) | |
| Louis Kline, | ) | Case No. 05 - 51883 |
| | ) | |
| Debtor. | ) | Judge   Bruce W. Black |
| | ) | |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   Will County Court Annex
          57 N Ottawa St, Room 201
          Joliet, IL 60432

    On:   **October 5, 2007**

    At:   **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as my be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                $15,134.82

    b. Disbursements                           $       00

    c. Net Cash Available for Distribution     $15,134.82

4. Applications for Chapter 7 fees and administrative expenses have been filed as

followed:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Michael Berland, Trustee Fees & Expenses | $0 | $2,263.484 | $ 24.00 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0%.

   Allowed Priority Claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

6. Claims of general unsecured creditors totaling $60,718.53 have been allowed and will be paid *pro rata* after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 21.16%.

   Allowed general unsecured claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA N.A. | $18,597.13 | $3,934.94 |
| 2 | Chase Bank USA, N.A. | $10,285.47 | $2,176.29 |
| 3 | J. Robert Morgan c/o Cintas Corp. | $ 2,274.65 | $ 481.29 |
| 4 | Meineke Car Care Center, Inc. | $13,475.62 | $2,851.28 |
| 5 | Mokena BTB | $ 7,655.47 | $1,619.81 |
| 6 | Stone Wheel, Inc. | $ 5,122.81 | $1,083.93 |
| 7 | United Fire & Casualty Company | $ 3,307.38 | $ 699.80 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee does not propose to abandon property at the hearing.

Dated: **September 12, 2007**            For the Court,

        By:
**KENNETH S GARDNER**
Kenneth S . Gardner
Clerk of the United states Bankruptcy Court
219 South Dearborn, street, 7th Floor
Chicago, IL 60604

Trustee:   Michael Berland, Esq.
           One North La Salle Street
           Suite 1775
           Chicago, Il 60602

Phone No.   (312) 855-1272

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

05-51883    Doc 25    Filed 09/12/07    Entered 09/15/07 00:17:24    Desc Imaged
                       Certificate of Service    Page 4 of 5

# CERTIFICATE  OF  SERVICE

```
District/off: 0752-1                  User: amcc7                    Page 1 of 2                       Date Rcvd: Sep 12, 2007
Case: 05-51883                        Form ID: pdf002                Total Served: 53

The following entities were served by first class mail on Sep 14, 2007.
db            +Louis Kline,    520 Danny Drive,    Shorewood, IL 60404-9713
aty         ++++KATHERINE L. MALONEY,    RATHBUN, CSERVENYAK & KOZOL,    24201 W MAIN ST,
                PLAINFIELD IL   60544-2832
               (address filed with court:  Katherine L. Maloney,    Rathbun, Cservenyak & Kozol,
                618 West Main Street,    Plainfield, IL  60544)
tr            +Michael G Berland,    1 N LaSalle St,    No.1775,    Chicago, IL 60602-4065
10167015      +Banco Popular National America,    9600 Bryn Mawr Avenue,    Rosemont, IL 60018-5221
10167016       Bank One,   Post Office Box 15298,    Wilmington, DE 19850-5298
10167017      +Bulk Master, Inc.,    Post Office Box 365,    Chebanse, IL 60922-0365
10167018      +C & W Consultants,    Post Office Box 8338,    Rolling Meadows, IL 60008-8338
10167019      +CarQuest Auto Parts Stores,    Post Office Box 503628,    St. Louis, MO 63150-0001
10167020      +Central Parts Warehouse,    7601 W 191st Street,    Tinley Park, IL 60487-9216
10482544      +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
                Seattle, WA 98121-2339
10167021      +Chicago Sun-Times, Inc.,    Post Office Box 1003,    Tinley Park, IL 60477-9103
10167023       Cooperative Computing, Inc.,    Orland Park, IL
10481815      +DaimlerChrysler Services North America LLC,    7700 Bonhomme 7th Floor,    St Louis MO 63105-1924
10167024      +Dominion Solutions, Inc.,    4721 Starkey Road,    Roanoke, VA 24018-8507
10167025       Forest Alarm Service, Inc.,    9 Old Tamerack Lane,    Orland Park, IL 60462-1977
10167026      +Gierczyk Investment and Realty, Inc.,    17475 Jovonna Drive,    Suite 2A,
                Homewood, IL 60430-1067
10167027       House of Doors, Inc.,    Post Office Box 147,    Brookfield, IL 60513-0147
10167028       Illinois Department of Revenue,    Springfield, IL 62776-0001
10167029      +Interstate Battery Systems,    8500 W. 191st Street,    Suite 9,    Mokena, IL 60448-8736
10167030       J. Robert Morgan c/o Cintas Corporation,    Johnson, Morgan & White,    Post Office Box 5000,
                Boca Raton, FL 33431-0800
10167031      +John A. Weimar,    8130 Bayhill Court,    Orland Park, IL 60462-4981
10167032      +Maremont Corporation,    Post Office Box 70321,    Chicago, IL 60673-0001
10167033      +Meineke Car Care Centers, Inc.,    128 S. Tryon Street, Suite 900,    Charlotte, NC 28202-5000
10167034      +Meineke Dealers Association,    315 New Salem,    Park Forest, IL 60466-1136
10167035       Mercedes-Benz Credit,    Post Office Box 685,    Roanoke, TX 76262-0685
10167036      +Midwest Mailing & Printing, Inc.,    Post Office Box 473,    Mokena, IL 60448-0473
10167037      +Mokena BTB,    9624 Willow Lane,    Mokena, IL 60448-9318
10167038      +NCO Financial Systems, Inc.,    1804 Washington Boulevard,    Department 750,
                Baltimore, MD 21230-1700
10167039      +NCO Financial Systems, Inc.,    3850 N Causeway Boulevard,    Suite 200,    Metairie, LA 70002-7227
10167040      +NuWay Disposal Service, Inc.,    19012 S. Wolf Road,    Post Office Box 9,    Mokena, IL 60448-0009
10167041      +Orland Park Nissan, Inc.,    8550 W. 159th Street,    Orland Park, IL 60462-4947
10167042      +P.R. Streich & Sons, Inc.,    2333 N. 17th Avenue,    Franklin Park, IL 60131-3474
10167043      +Paulson Oil Company,    Post Office Box 903,    Chesterton, IN 46304-0903
10167044       Pep Express Parts,    Post Office Box 8500-50445,    Philadelphia, PA 19178-0445
10167045      +Quality Oil, Inc,    55 North, 400 East,    Valparaiso, IN 46383-0613
10167046      +R & L Brake & Clutch, Inc.,    8442 S. Beloit Avenue,    Bridgeview, IL 60455-1774
10167047      +Relizon Company,    Post Office Box 1397,    Dayton, OH 45401-1397
10167048      +Rizza,    8425 W. 159th Street,    Peotone, IL 60468
10167051       SBC,    Post Office Box 5072,    Saginaw, MI 48605-5072
10167049       Safety-Kleen,    Post Office Box 382066,    Pittsbrugh, PA 15250-8066
10167050       Sam’s Tech Supply, Inc.,    435 Shelby Street,    Post Office Box 426,    Hobart, IN 46342-0426
10167052      +Sluiter Auto Electric, Inc.,    15 West 168th Street,    Post Office Box 312,
                South Holland, IL 60473-2838
10167053       Stone Wheel, Inc.,    7675 Quincy Street,    Willowbrook, IL 60527-5598
10167054      +Target Auto Parts,    6239 W. Ogden Avenue,    Berwyn, IL 60402-3828
10167055      +Thomas Dodge,    15941 S. 94th Avenue,    Orland Park, IL 60462-5522
10167056      +Transwheel Corporation,    3000 Yeoman Way,    Huntington, IN 46750-9003
10167058      +US Gas,    11618 S. Mayfield,    Alsip, IL 60803-6010
10167057      +United Fire & Casualty Company,    118 2nd Avenue SE,    Cedar Rapids, IA 52401-1253
10167059      +William G. Schur,    111 West Washington Street, Suite 737,    Chicago, IL 60602-2807
10167060      +Wurth USA, Inc.,    Post Office Box 1756,    Newark, NJ 07101-1756
10167061      +Zep Manufacturing Company,    139 Exchange Boulevard,    Glendale Heights, IL 60139-2095
10167062      +Zeus Auto Supply,    637 Forestwood Drive,    Romeoville, IL 60446-1392
The following entities were served by electronic transmission on Sep 13, 2007.
10167022      +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                           Commonwealth Edison,
                2100 Swift Drive,    Oak Brook, IL 60523-1559
                                                                                              TOTAL: 1
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10167014       Louis Kline
                                                                                              TOTALS: 1, * 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++++’ were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0752-1           User: amcc7                Page 2 of 2                Date Rcvd: Sep 12, 2007
Case: 05-51883                 Form ID: pdf002            Total Served: 53
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 14, 2007**                     **Signature:**   _/s/ Joseph Speetjens_